**Elijah Jerome WHITE, Plaintiff–Appellant,**

v.

**Andrew SAVAGE; David McCann, Defendants–Appellees.**

No. 02–7299.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 14, 2002.

Elijah Jerome White, Appellant Pro Se.

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Elijah Jerome White appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See White v. Savage,* No. CA–02–2013–2–23 (D.S.C. filed July 30, 2002; entered July 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*